**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **DAVID THOMAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 4:17-CV-2148-SNLJ** |
| **vs.** ) | |
| ) | |
| **CREDIT CORP. SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

On October 24, 2017, the parties filed a Stipulation for Dismissal With Prejudice (#10), in which they stipulate that the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements, or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned action action is **dismissed with prejudice**.

So ordered this  25th  day of October, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE